# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI FARFAN, LOLLIE WEBSTER, and TERRI RICHTER, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SSC CARMICHAEL OPERATING COMPANY LP; SSC CARMICHAEL OPERATING GP, LLC; SSC CARMICHAEL MANAGEMENT COMPANY LP; SSC HICKORY 13TH OPERATING COMPANY LLC; SSC HICKORY EAST OPERATING COMPANY LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE, LLC; SAVASENIORCARE CONSULTING, LLC,<br><br>　　　　　Defendants. | Case No. 4:18-CV-01472-HSG<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DUE DATE OF JOINT REPORT |

The Court has read and considered the Parties Joint Stipulation And Request To Continue The Due Date Of The Joint Report, and GRANTS the request as follows:

IT IS HEREBY ORDERED THAT:

1. The due date for the joint report on the status of arbitration shall be continued until __2/21/2020__, which is at least 30 days after the Parties' mediation date of January 22, 2020.

IT IS SO ORDERED.

DATED: 10/31/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge