| | |
|---|---|
| EDWARD J. WYNNE, SBN 165819<br>ewynne@wynnelawfirm.com<br>WYNNE LAW FIRM<br>80 E. Sir Frances Drake Blvd, Suite 3G<br>Larkspur, CA 94939<br>Telephone: 415.461.6400<br>Facsimile: 415.461.3900<br><br>BRYAN J. MCCORMACK, SBN 192418<br>bryan@bmcclaw.com<br>THE MCCORMACK LAW FIRM<br>80 E. Sir Frances Drake Blvd, Suite 3G<br>Larkspur, CA 94939<br>Telephone: 415.925.5161<br><br>Attorneys for Plaintiffs<br>NAOMI FARFAN, LOLLIE WEBSTER and<br>TERRI RICHTER | MICHAEL J. NADER, SBN 200425<br>michael.nader@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C.<br>Esquire Plaza, 1215 K Street 17th Floor<br>Sacramento, CA 95814<br>Telephone: 916.840.3150<br>Facsimile: 916.840.3159<br><br>Attorneys for Defendants<br>SSC CARMICHAEL OPERATING<br>COMPANY LP; SSC CARMICHAEL<br>OPERATING GP, LLC; SSC CARMICHAEL<br>MANAGEMENT COMPANY LP; SSC<br>HICKORY 13TH OPERATING COMPANY<br>LLC; SSC HICKORY EAST OPERATING<br>COMPANY LLC; SAVASENIORCARE<br>ADMINISTRATIVE SERVICES, LLC;<br>SAVASENIORCARE, LLC;<br>SAVASENIORCARE CONSULTING, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI FARFAN, LOLLIE WEBSTER, and TERRI RICHTER, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SSC CARMICHAEL OPERATING COMPANY LP; SSC CARMICHAEL OPERATING GP, LLC; SSC CARMICHAEL MANAGEMENT COMPANY LP; SSC HICKORY 13TH OPERATING COMPANY LLC; SSC HICKORY EAST OPERATING COMPANY LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE, LLC; SAVASENIORCARE CONSULTING, LLC,<br><br>        Defendants. | Case No. 4:18-CV-01472-HSG<br><br>**STIPULATION AND REQUEST TO REMAND ACTION TO MARIN COUNTY SUPERIOR COURT AND JOINT STATUS REPORT** ; ORDER |

Plaintiffs NAOMI FARFAN, LOLLIE WEBSTER, and TERRI RICHTER ("Plaintiffs") and Defendants SSC CARMICHAEL OPERATING COMPANY LP; SSC CARMICHAEL OPERATING GP, LLC; SSC CARMICHAEL MANAGEMENT COMPANY LP; SSC HICKORY 13TH OPERATING COMPANY LLC; SSC HICKORY EAST OPERATING COMPANY LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE, LLC; SAVASENIORCARE CONSULTING, LLC ("Defendants") (together, the "Parties"), by and through their counsel of record agree and stipulate as follows:

WHEREAS, on March 7, 2018 Plaintiffs filed the instant action against Defendants alleging various wage claims. (Dkt. 1.) On May 1, 2018, Plaintiffs filed a first amended complaint adding an allegation under the Private Attorneys General Act of 2004, Labor Code § 2698, et seq. ("PAGA") (Dkt. 12.);

WHEREAS, on July 9, 2018, Defendant SAVASENIORCARE, LLC filed a motion to dismiss for lack of personal jurisdiction (Dkt. 20) and a motion to compel the arbitration of the individual claims of Plaintiff TERRI RICHTER, and to dismiss or stay other claims pending arbitration (Dkt. 22), Defendants filed a motion to compel arbitration of the individual claims of plaintiffs NAOMI FARFAN and LOLLIE WEBSTER and to stay other claims pending arbitration (Dkt. 25), Defendants SSC HICKORY 13TH OPERATING COMPANY, LLC and HICKORY EAST OPERATING COMPANY, LLC filed a motion to dismiss for lack of personal jurisdiction (Dkt. 28), and a motion to transfer venue (Dkt. 31) (collectively, the "Motions");

WHEREAS, on July 27, 2018, the Court granted the Parties' stipulation to stay the case pending resolution of Defendants' motions to compel arbitration (Dkt. 38);

WHEREAS, on February 1, 2019, the Court granted Defendants' motions to compel arbitration (Dkt. 50);

WHEREAS, on October 7, 2019, after motions for reconsideration were filed by both Parties, the Court granted Defendants' motion for reconsideration and dismissed Plaintiffs' class claims. In the order, the Court directed the Parties to provide a status report within 90 days (Dkt. 67);

WHEREAS, on October 31, 2019, the Court granted the Parties' request to provide a status report after the Parties' mediation on January 22, 2020 (Dkt. 69);

| | |
|---|---|
| 1 | WHEREAS, on February 21, 2020, the Parties reported that they participated in a mediation on January 22, 2020, and were not able to reach resolution that day, but were continuing to discuss a possible resolution and requested a continuance of the joint report date (Dkt. 70); |
| 4 | WHEREAS, on February 25, 2020, the Court granted the request (Dkt. 72); |
| 5 | WHEREAS, pursuant to the Court's requirement for a joint status report on the lawsuit, the Parties report that on March 26, 2020, the parties entered into a fully executed Memorandum of Agreement setting forth the terms and conditions of a global settlement of all claims in this litigation (the "MOA"); |
| 9 | WHEREAS, pursuant to the terms of the MOA, the Parties have agreed to request this Court to remand the lawsuit to the Superior Court of California in Marin County. |

## STIPULATION

The Parties hereby stipulate to request the Court to remand this lawsuit to the Marin County Superior Court.

DATED: March 26, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Michael J. Nader*
Michael J. Nader
Attorneys for Defendants
SSC CARMICHAEL OPERATING COMPANY LP; SSC CARMICHAEL OPERATING GP, LLC; SSC CARMICHAEL MANAGEMENT COMPANY LP; SSC HICKORY 13TH OPERATING COMPANY LLC; SSC HICKORY EAST OPERATING COMPANY LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE, LLC; SAVASENIORCARE CONSULTING, LLC

DATED: March 26, 2020           WYNNE LAW FIRM
THE MCCORMACK LAW FIRM

By:  */s/ Edward J. Wynne*
      Edward J. Wynne
      Bryan J. McCormack
Attorneys for Plaintiffs
NAOMI FARFAN, LOLLIE WEBSTER AND TERRI RICHTER

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 26, 2020           WYNNE LAW FIRM

By:  */s/ Edward J. Wynne*
      Edward J. Wynne
Attorneys for Plaintiffs
NAOMI FARFAN, LOLLIE WEBSTER AND TERRI RICHTER

**[PROPOSED] ORDER REMANDING CASE TO MARIN COUNTY SUPERIOR COURT**

The above stipulation is hereby approved. For good cause, the Court orders that this matter be remanded to the Marin County Superior Court.

IT IS SO ORDERED.

DATED: 3/27/2020

_____
The Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge